UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICO G. DIAZ,<br><br>                      Petitioner,<br><br>  v.<br><br>DEAN BORDERS,<br><br>                      Respondent. | Case No. 20-cv-00825-BAS-LL<br><br>**ORDER:**<br><br>**(1) APPROVING AND ADOPTING REPORT AND RECOMMENDATION IN ITS ENTIRETY (ECF No. 18);**<br><br>**(2) GRANTING RESPONDENT'S MOTION TO DISMISS (ECF No. 16); AND**<br><br>**(3) DIRECTING JUDGMENT BE ENTERED DENYING PETITIONER'S HABEAS PETITION.** |

      Petitioner Domenico G. Diaz, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this petition for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) Petitioner was convicted in 2004 for forcible lewd conduct with a child under the age of fourteen, kidnapping, making a criminal threat, kidnapping for rape, and assault with the intent to commit rape, for which he was sentenced to two consecutive life sentences with

a minimum term of fifty-one years to life followed by a third consecutive life term with the possibility of parole. (ECF No. 17-1 at 1–2; ECF No. 17-11 at 1.) Petitioner challenges his conviction on the grounds of ineffective assistance of counsel, admission of false testimony at trial, and numerous other alleged constitutional violations. (ECF No. 1.) Respondent moves to dismiss the Petition as untimely. (ECF No. 16.)

The Court reviews *de novo* those portions of the R&R to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* But "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Rogers v. Giurbino*, 288 F.R.D. 469, 475 (S.D. Cal. 2012) (concluding that where no objections were filed, the district court had no obligation to review the magistrate judge's report). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121. "When no objections are filed, the de novo review is waived." *Marshall v. Astrue*, No. 08-cv-1735, 2010 WL 841252, at *1 (S.D. Cal. Mar. 10, 2010) (Lorenz, J.) (adopting report in its entirety without review because neither party filed objections to the report despite the opportunity to do so).

In this case, the deadline for filing objections was February 4, 2021. No objections have been filed, and neither party has requested additional time to do so. Consequently, the Court may adopt the R&R on that basis alone. *See Reyna-Tapia*, 328 F.3d at 1121. Having nonetheless conducted a *de novo* review of the habeas petition, Respondent's motion to dismiss, the lodgement, and the R&R, the Court concludes that Judge Lopez's reasoning is sound.

Hence, the Court hereby approves and **ADOPTS** the R&R in its entirety (ECF No. 18), **GRANTS** Respondent's motion to dismiss (ECF No. 16), **DENIES** Petitioner's

petition for writ of habeas corpus (ECF No. 1), and **ORDERS** the Clerk of the Court to enter judgment accordingly. *See* 28 U.S.C. § 636(b)(1).

In addition, a certificate of appealability may issue only if the applicant makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Petitioner has made no such showing. Because reasonable jurists would not find the Court's assessment of the claims debatable or wrong, the Court **DECLINES** to issue a certificate of appealability. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

DATED: February 11, 2021

Hon. Cynthia Bashant
United States District Judge